JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 592 -- In re Sioux Ltd. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/04/02 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SVC. -- pltfs. Metro Property Management Co., Edward Brawner, Steven Butler, Samuel Countiss, Milton Hayakawa, Tom Hayakawa, Peter Marston and Valjo & Co. -- SUGGESTED TRANSFEREE DISTRICT: D. Minnesota; SUGGESTED TRANSFEREE JUDGE:   (emh) |
| 84/04/12 | | APPEARANCES -- DANIEL T. HULL, JR., ESQ. for Edward L. Nemeth; STEPHEN T. REFSELL, ESQ. for Metro Property Management Co., et al.; JAMES W. COLLINS, ESQ. for Prudential-Bache Securities, Inc., Prudential-Bache Energy Corp. and Trace Management Associates; DAVID F. HERR, ESQ. for Butler, Binion, Rice, Cook, and Knapp; RANDALL A. HOPKINS, ESQ. for Coopers & Lybrand; LARRY L. EVANS, ESQ. for Elliott H. Powers and Radford H. Freel; MARK S. OLSON, ESQ. for Foreman & Dyess      (ds) |
| 84/04/13 | | HEARING ORDER -- Setting motion to transfer A-1 - A-3 for Panel hearing in Washington, D.C. on May 17, 1984  (cds) |
| 84/04/16 | | APPEARANCE -- THOMAS L. KIMER, ESQ. for H.J. Gruy & Associates, Inc.   (ds) |
| 84/04/17 | 2 | RESPONSE -- H.J. Gruy & Associates, Inc. -- w/cert. of service  (cds) |
| 84/04/17 | 3 | RESPONSE -- Coopers & Lybrand -- w/Exhibits and cert. of service  (cds) |
| 84/04/17 | 4 | RESPONSE -- Butler, Binion, Rice, Cook & Knapp -- w/Affidavits of David F. Herr and Hayden Burns, Exhibit A and cert. of service  (cds) |
| 84/04/17 | 5 | RESPONSE -- defendants Prudential-Bache Securities, Inc.; Prudential-Bache Energy Corp. and Trace Management Associates -- w/Brief, Exhibits, Notice of Filing and cert. of service  (cds) |
| 84/04/17 | 6 | RESPONSE -- Third Party Defendants Elliott Powers and Radford H. Freel -- w/cert. of service  (cds) |
| 84/04/18 | 7 | RESPONSE -- pltfs. Roger Gomien, et al. -- w/cert. of svc.  (ds) |
| 84/04/18 | | APPEARANCES -- William F. Fitzpatrick, Esq. for Donald Dawson ~~Dawson~~ and Louis L. Law, Esq. for Louis L. Law  (ds) |
| 84/04/23 | 8 | RESPONSE -- J. F. Freel w/cert. of svc. (ds) |
| 84/04/25 | | APPEARANCE -- MARTIN R. NATHAN, ESQ. for J.F. Freel (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 592 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/04/26 | 9 | RESPONSE/BRIEF -- M. S. Lary, Jr. w/cert. of svc. (ds) |
| 84/04/26 | 10 | RESPONSE/BRIEF -- Foreman & Dyess w/cert. of svc. (ds) |
| 84/04/27 | 11 | RESPONSE -- Edward L. Nemeth w/cert. of svc. (ds) |
| 84/05/08 | | APPEARANCE -- ROBERT S. BLANC, ESQ. for M. Sneed Lary (ds) |
| 84/05/16 | | HEARING APPEARANCES -- Stephen T. Refsell, esq. for Metro Property Mangement Co., et al.; William F. Fitzpatrick, Esq. for Donald Dawson, et al.; James W. Collins, Esq. for Prudential-Bache Energy Corp. and Trace Management Associates; Jeff Aranow, Esq. for Coopers & Lybrand; David F. Herr, Esq. for Butler, Binion, Rice, Cook & Knapp; Mark S. Olson, Esq. for Foreman & Dyess (ds) |
| 84/05/16 | | WAIVERS OF ORAL ARGUMENT -- Donald S. Dawson, et al.; M.A. Lary, Jr.; Louis L. Law; Radford H. Freel and Elliot Powers; J.F. Freel; Edward L. Nemeth; Crocker (ds) |
| 84/05/21 | 12 | LETTER (w/copy of transcript of Judge Grady's ruling re Landon v. Freel) -- signed by Geoffrey F. Aronow, Esq., counsel for Coopers & Lybrand) -- w/cert. of service (cds) |
| 84/05/30 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Norman W. Black for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ds) |
| 84/05/30 | | TRANSFER ORDER -- transferring litigation to the S.D. Texas for pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 592 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SIOUX LTD. SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 17, 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 30, 1984 | TO | Unpublished | S.D. Texas *541* | Norman W. Black | |

Special Transferee Information

DATE CLOSED: 12/17/87

5-30-84
5-30-87
5-17
12

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 592 -- In re Sioux Ltd. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓ A-1 | Edward L. Nemeth v. Prudential-Bache Securities, Inc., et al. | N.D.Ala. Guin | CV83-G-1993S | MAY 3 0 1984 | H84-2918 | 12/17/87 D | |
| A-2 | Donald S. Dawson, et al. v. Prudential Bache Securities, Inc., et al. | N.D.Ill. Getzendanner | 83-C-6991 | MAY 3 0 1984 | H84-3410 | 12/17/87 D | |
| ✓ A-3 | Metro Property Management Co., et al. v. Prudential-Bache Securities, Inc., et al. | D.Minn. Murphy | 4-83-562 | MAY 3 0 1984 | H-84-2915 | 12/17/87 D | |
| XYZ-4 | Glenn C. Landon, etc. v. J. F. Freel, et al. | S.D.Tex. | H-84-101 | | | 10/2/87 D | 1404 to S.Tex. from Ill.,N. |
| XYZ-5 | First Small Business Investment, et al. v. Butler, Binion, et al. | S.D.Tex. | H-84-3276 | | | 10/2/87 D | |

*July 1988 - 2 Dis / 3 Pdg.*
*July 1989 - 1 Dis / 2 Pdg.*
*July 1990 - 2 Dis / Litigation Closed*

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 592 -- In re Sioux Ltd. Securities Litigation

---

EDWARD L. NEMETH (A-1)
Daniel T. Hull, Jr., Esquire
1020 First Alabama Bank Building
417 North 20th Street
Birmingham, Alabama 35203

DONALD S. DAWSON, ET AL. (A-2)
William F. Fitzpatrick, Esquire
Callahan & Fitzpatrick
4740 West 95th Street
Oaklawn, Illinois 60453

METRO PROPERTY MANAGEMENT CO., ET AL.
(A-3)
Stephen T. Refsell, Esquire
Doherty, Rumble & Butler
3750 IDS Center
Minneapolis, Minnesota 55402

PRUDENTIAL-BACHE SECURITIES, INC.
PRUDENTIAL-BACHE ENERGY CORP.
TRACE MANAGEMENT ASSOCIATES
James W. Collins, Esquire
Boodell, Sears, Sugrue,
 Giambalvo & Crowley
69 West Washington Street
Suite 500
Chicago, Illinois 60602

THIRD PARTY DEFENDANTS IN A-1 thru A-3

BUTLER, BINION, RICE, COOK & KNAPP
David F. Herr, Esquire
Maslon, Edelman, Borman & Brand
1800 Midwest Plaza
Minneapolis, Minnesota 55402

COOPERS & LYBRAND
Randall A. Hopkins, Esquire
Baker & Botts
3000 One Shell Plaza
Houston, Texas 77002

ELLIOTT H. POWERS
RADFORD H. FREEL
Larry L. Evans, Esquire
Greenwood, Koby, Old,
 Pinson & Russey
1900 American General Tower
2727 Allen Parkway
Houston, Texas 77019

FOREMAN & DYESS
Mark S. Olson, Esquire
Oppenheimer, Wolff, Foster,
 Shepard & Donnelly
1700 First Bank Building
St. Paul, Minnesota 55101

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 593   -- In re Sioux Ltd. Securities Litigation

J.R. FREEL
Martin R. Nathan, Esq.
Nathan, Nathan & Newman Co.
2435 North Boulevard, Suite 200
Houston, Texas  77098

LOUIS L. LAW
Louis L. Law, Esquire
3355 W. Alabama
No. 800
Houston, Texas 77098

H.J. GRUY & ASSOCIATES, INC.
Thomas L. Kimer, Esquire
Faegre & Benson
2300 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402

M. SNEED LARY
Robert S. Blanc, Esquire
Childs, Fortenbach, Beck & Guyton
1200 Allied Bank Plaza
Houston, Texas 77002

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 592 -- In re Sioux Ltd. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Prudential-Bache Securities, Inc. | A-1, 2, 3 |
| Prudential-Bache Energy Corp. | A-1, 2, 3 |
| Trace Management Associates | A-1, 2, 3 |
| J.R. Freel<br>Third-party deft. | A-1, 2, 3 |
| Elliott H. Powers<br>3rd party deft. | A-1, 2, 3 |
| Radford H. Freel<br>3rd party deft. | A-1, 2, 3 |
| Louis L. Law<br>3rd party deft. | A-1, 2, 3 |
| M. Sneed Lary<br>3rd party deft. | A-1, 2, 3 |
| H.J. Gruy & Associates, Inc.<br>3rd party deft. | A-1, 2, 3 |
| Foreman & Dyess<br>3rd party deft. | A-1, 2, 3 |
| Butler, Binion, Rice, Cook & Knapp<br>3rd party deft. | A-1, 2, 3 |

p. \_\_\_\_\_

| | |
|---|---|
| Coopers & Lybrand<br>3rd party dept. | A-1, 2, 3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |